**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WALTER BROWN, JR.,     ) NO. EDCV 09-01608 ODW (SS)
            )
      Plaintiff,  )
            ) **ORDER ADOPTING FINDINGS,**
    v.       )
            ) **CONCLUSIONS AND RECOMMENDATIONS**
M. SACA, et al.,      )
            ) **OF UNITED STATES MAGISTRATE JUDGE**
            )
      Defendants. )
_____)

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

Accordingly, IT IS ORDERED THAT:

1.  Plaintiff's claim for delay of medical care is DISMISSED with leave to amend.

2.  Plaintiff's claim for failure to report the accident is DISMISSED without leave to amend.

3.  Defendants' request for qualified immunity is DENIED without prejudice.

4.  Plaintiff's request for injunctive relief if DISMISSED with leave to amend.

5.  Plaintiff must file his First Amended Complaint within thirty days of the date of this Order.

6.  Defendants' Motion to Dismiss is DENIED in all other respects.

7.  The Clerk shall serve copies of this Order by United States mail on Petitioner and on counsel for Respondent.

DATED: June 28, 2010

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

2