UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BROWN, JR., <br><br>              Plaintiff, <br><br>     v. <br><br> M. SACA, ET AL., <br><br>              Defendants. | ) NO. EDCV 09-01608 ODW (SS) <br> ) <br> ) **ORDER ADOPTING FINDINGS,** <br> ) <br> ) **CONCLUSIONS AND RECOMMENDATIONS** <br> ) <br> ) **OF UNITED STATES MAGISTRATE JUDGE** <br> ) <br> ) <br> ) |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all of the records and files herein, the Magistrate Judge's February 4, 2011 Report and Recommendation, and Defendants' Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

Accordingly, IT IS ORDERED THAT:

1. Plaintiff's delay of medical care claim against these Defendants is unexhausted and DISMISSED WITHOUT PREJUDICE.

2. Defendants' request for qualified immunity is DENIED WITHOUT PREJUDICE.

3. Plaintiff's request for injunctive relief if DISMISSED WITHOUT LEAVE TO AMEND.

4. Plaintiff's claim for failure to report the accident is STRICKEN from the First Amended Complaint.

5. Defendants' Motion to Dismiss is DENIED in all other respects.

6. Defendants shall file an Answer to the remaining claims of the First Amended Complaint within **thirty (30) days** of the date of this Order.

7. The Clerk shall serve copies of this Order by United States mail on Plaintiff and on counsel for Defendants.

DATED: March 2, 2011

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

2